1210

No. 96–1236. KRYGOSKI CONSTRUCTION CO., INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 96–1238. SELLAND v. COHEN, SECRETARY OF DEFENSE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–1245. BRANDT, AS TRUSTEE OF THE CHAPTER 7 ESTATE OF SOUTHEAST BANKING CORP. v. FIRST UNION CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–1248. MARYLAND v. STANBERRY. Ct. App. Md. Certiorari denied.

No. 96–1271. GUINN ET AL. v. KOPF. C. A. Fed. Cir. Certiorari denied.

No. 96–1286. HAGELIN ET AL. v. FEDERAL ELECTION COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–1300. SOUTHWEST AIRLINES CO. v. FENNESSY. C. A. 9th Cir. Certiorari denied.

No. 96–1304. KARCHER v. EMERSON ELECTRIC CO.; and
No. 96–1506. EMERSON ELECTRIC CO. v. KARCHER. C. A. 8th Cir. Certiorari denied. Reported below: 94 F. 3d 502.

No. 96–1363. JONES v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–1381. CONSTRUCTION INDUSTRY TRAINING COUNCIL OF WASHINGTON v. SEATTLE BUILDING AND CONSTRUCTION TRADES COUNCIL ET AL. Sup. Ct. Wash. Certiorari denied.

No. 96–1388. HUFF v. FIRST NATIONAL BANK OF CENTRE HALL, NKA NORTHWEST SAVINGS BANK. Super. Ct. Pa. Certiorari denied.

No. 96–1390. EVANS, BY HER MOTHER AND NEXT FRIEND, EVANS v. AVERY ET AL. C. A. 1st Cir. Certiorari denied.